1    Brett L. Gibbs, Esq. (SBN 251000)
      Steele Hansmeier PLLC.
2    38 Miller Avenue, #263
      Mill Valley, CA 94941
3    415-325-5900
      blgibbs@wefightpiracy.com
4

      *Attorney for Plaintiff*
5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8              NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10

11

| | | |
|---|---|---|
| BOY RACER, INC., | ) | **No. C-11-02536 JCS** |
| | ) | |
|      Plaintiff, | ) | |
|    v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **PLAINTIFF'S APPLICATION FOR** |
| DOES 1-98, | ) | **LEAVE TO TAKE DISCOVERY** |
| | ) | **PRIOR TO RULE 26(f) CONFERENCE** |
|      Defendants. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

     The Court has reviewed Plaintiff's *Ex Parte* Application for Leave to Take Discovery Prior to Rule 26(f) Conference [DKT#5]. Good cause and joinder appearing therefore and for the reasons cited in Plaintiff's Application, said application is **GRANTED**. Plaintiff is hereby authorized to serve Rule 45 subpoenas and a copy of this Order upon each and every Internet Service Provider (ISPs) identified in Exhibit A attached to the Complaint [DKT#1]. The information sought shall be limited to information sufficient to identify each Defendant based on supplied IP addresses, including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address.

1

2
　　　　　Each ISP so served shall, in turn, serve a copy of the subpoena and a copy of this Order upon

3
the subscriber (whose identity is sought through the subpoena and for whom Plaintiff has provided

4
an IP address) within thirty (30) days of the ISP's receipt of the subpoena.  The subscribers, and the

5
ISPs, shall then have thirty (30) days from the date of service upon them to file any objections, or

6
Motions to Quash, with this Court.  If that 30-day period elapses without any subscriber filing an

7
objection or motion to quash, the ISP served with the subpoena shall have ten (10) days after said

8
lapse to produce each subscriber's name, address, telephone number, e-mail address, and Media

9
Access Control addresses to Plaintiff pursuant to the subpoena.

10
　　　　　The Court further orders that any information disclosed to Plaintiff in response to a Rule 45

11
subpoena may be used by Plaintiff solely for the purpose of prosecuting this litigation.  Plaintiff and

12
any entity which receives a subpoena shall confer, if necessary, with respect to the issue of payment

13
for the information requested in the subpoena.  If any entity subpoenaed pursuant to this Order

14
wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which

15
shall be sixty (60) days from the date of service.  It is ordered that the subpoenaed entity shall

16
preserve any suppoenaed information pending the resolution of any timely-filed motion to quash.

17

18
　　　　　This order disposes of Docket No. 5.

19

20

21
　　　　　IT IS SO ORDERED.

22
DATED:_____

23
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Spero

24
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

25

26

27

28

2