# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 11-02536 JCS

**CASE NAME:** BOY RACER INC v. DOES 1-98

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Feb. 24, 2012   **TIME: 2 M** | **COURT REPORTER**: Not Reported |
| **COUNSEL FOR PLAINTIFF:**  Brett Gibbs | **COUNSEL FOR DEFENDANT:**  No Appearance |

**PROCEEDINGS:**                                                                      **RULING:**

1. Further Case Management Conference                                  Held

**ORDERED AFTER HEARING:**

Plaintiff may take the deposition of the Doe subscriber not exceed four (4) hours. Updated cmc statement due 5/18/12.

**ORDER TO BE PREPARED BY:**       ( ) Plaintiff      ( ) Defendant      (X) Court

**CASE CONTINUED TO:**   05/25/12 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m. ( )Jury ( )Court | | Set for   days |

**cc:**   Chambers; Karen
* (T) = Telephonic Appearance