**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY RACER INC, <br><br>        Plaintiff(s), <br><br>  v. <br><br>DOES 1-98, <br><br>        Defendant(s). <br>_____/ | Case No. C-11-02536 JCS <br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **February 24, 2012,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff may take the deposition, not to exceed four (4) hours, of the subscriber of the IP address.

2. An updated case management conference statement shall be due by May 18, 2012.

3. A further case management conference is set for **May 25, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: February 29, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge