Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | **No. C-11-02536 JCS** |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL OF ACTION AS TO** |
| ) | **ACCOUNT HOLDER WITHOUT** |
| DOE DEFENDANT ASSOCIATED WITH ) | **PREJUDICE** |
| IP ADDRSS 108.0.162.41, ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO ACCOUNT HOLDER
WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure

41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice as to the remaining

account holder connected to Internet Protocol ("IP") address 108.0.162.41.

Again, the Court's Pretrial Order allowing Plaintiff to take a limited deposition of the

account holder connected to IP address 108.0.162.41 was successful in allowing Plaintiff to identify

the likely defendant in this matter.  Instead of further litigating this case, however, the parties have

chosen to pursue mutually agreeable settlement.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant remaining in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: March 29, 2012**

By:         /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

2

3

The undersigned hereby certifies that on March 29, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

4

5

6

/s/ Brett L. Gibbs
            Brett L. Gibbs, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE        No. C-11-02536 JCS